**Stefanie A. RODEN; James D. Haburn, Plaintiffs—Appellants,**

v.

**Bhula DIAH; Linda Knight; Stuart Cohen; Jayant Patel; Prakruti Hospitality, LLC; Terry Neill Grimes, Defendants—Appellees.**

No. 09–1088.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 28, 2009.

Stefanie A. Roden; James D. Haburn, Appellants Pro Se. Terry Neill Grimes, Melvin Edward Williams, Grimes & Williams, P.C., Roanoke, Virginia, for Appellees.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stefanie A. Roden and James D. Haburn appeal the district court's order dismissing their numerous federal and state law claims against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Roden v. Diah,* No. 7:07–cv–00252–gec–mfu, 2008 WL 5334309 (W.D.Va. Dec. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*